1  Jesse J. Maddox, Bar No. 219091
   jmaddox@lcwlegal.com
2  Sue Ann Renfro, Bar No. 143122
   srenfro@lcwlegal.com
3  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
4  5250 North Palm Ave, Suite 310
   Fresno, California 93704
5  Telephone:     559.256.7800
   Facsimile:     559.449.4535
6
   Attorneys for Defendants CITY OF PORTERVILLE and BRUCE
7  SOKOLOFF

8  Lawrence J. King, SBN 120805
   kingesq@pacbell.net
9  Law Offices of Lawrence J. King
   11 Western Ave.
10 Petaluma, CA 94952
   Telephone: (707) 769-9791
11 Facsimile: (707) 769-9253

12 Attorney for Plaintiff Anthony Luckey

13

14              UNITED STATES DISTRICT COURT

15            EASTERN DISTRICT OF CALIFORNIA

16 ANTHONY LUCKEY,                    | Case No.:  1:23-cv-00551 ADA BAM

17              Plaintiff,            | Complaint Filed: April 7, 2023

18        v.                          | **JOINT STIPULATION AND**
                                       **ORDER TO FILE FIRST AMENDED**
19 CITY OF PORTERVILLE and BRUCE       **COMPLAINT WITH RESPONSE THERETO,**
   SOKOLOFF,                           **TO CONTINUE SCHEDULING**
20                                     **CONFERENCE AND TO CONTINUE LAST**
              Respondent.              **DATE TO FILE JOINT SCHEDULING**
21                                     **REPORT**

22

23

24       **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF**

25 **RECORD:**

26       Plaintiff ANTHONY LUCKEY ("Plaintiff") and Defendants CITY OF PORTERVILLE

27 and BRUCE SOKOLOFF (collectively referred to as "Defendants"), hereby stipulate to the

28 following:

1

*Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704*

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

1    WHEREAS, Plaintiff filed his Complaint ("Complaint") with this Court on April 7, 2023;

2    WHEREAS, Defendants agreed to waive formal service of Summons;

3    WHEREAS, following review and evaluation of Plaintiff's Complaint by defense counsel,

4    the respective counsel for the parties engaged in meet and confer communications;

5    WHEREAS, Plaintiff's counsel requested the opportunity to file a First Amended

6    Complaint; and

7    WHEREAS, defense counsel agreed to Plaintiff's request to file a First Amended

8    Complaint;

9    WHEREAS, counsel for Plaintiff and Defendants agreed to continue the date for filing the

10   Joint Scheduling Report and date set for the Scheduling Conference in light of the extended time

11   for the parties to file pleadings;

12   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties to this suit,

13   by and through their counsel of record, as follows:

14   1.    Plaintiff will file a First Amended Complaint on or before July 5, 2023;

15   2.    Defendants will file a responsive pleading within 21 days of service of the First

16   Amended Complaint;

17   3.    The parties stipulate and respectfully request that the court continue the

18   Scheduling Conference from July 11, 2023, to August 25, 2023, or such other date as is

19   convenient for the Court; and

20   4.    The parties stipulate and respectfully request that the Court continue the current

21   last day to file the Joint Scheduling report from July 3, 2023, to August 18, 2023, or such other

22   date reflective of the continued Scheduling Conference.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

Dated:  June 2, 2023                                     LIEBERT CASSIDY WHITMORE


                                        By:  _____/S/ Jesse J. Maddox_____
                                             Jesse J. Maddox
                                             Sue Ann Renfro
                                             Attorneys for Defendants CITY OF
                                             PORTERVILLE and BRUCE
                                             SOKOLOFF

Dated:  June 2, 2023                                     LAW OFFICES OF LAWRENCE J. KING


                                        By:  _____/S/ Lawrence J. King_____
                                             Lawrence J. King
                                             Attorneys for Plaintiff ANTHONY
                                             LUCKEY

                                   **ORDER**

   **IT IS HEREBY ORDERED THAT:**

   1.      Plaintiff is granted leave to file a First Amended Complaint on or before July 5, 2023;

   2.      Defendants will file a responsive pleading within 21 days of service of the First Amended Complaint;

   3.      The Scheduling Conference scheduled for July 11, 2023, is hereby continued to **September 7, 2023, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**; and

   4.      The last date for the parties to file a Joint Scheduling Report is hereby continued from July 3, 2023, to August 31, 2023.

IT IS SO ORDERED.

   Dated:  __**June 5, 2023**__            ____/s/ *Barbara A. McAuliffe*____
                                          UNITED STATES MAGISTRATE JUDGE