Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

Lawrence J. King, SBN 120805
kingesq@pacbell.net
Law Offices of Lawrence J. King
11 Western Ave.
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile: (707) 769-9253

Attorney for Plaintiff ANTHONY LUCKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| ANTHONY LUCKEY, | Case No.:  1:23-cv-00551 ADA BAM |
|---|---|
| Plaintiff, | Complaint Filed: April 7, 2023 |
| v. | **THIRD JOINT STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT WITH RESPONSE THERETO** |
| CITY OF PORTERVILLE and BRUCE SOKOLOFF, | |
| Defendant. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ANTHONY LUCKEY ("Plaintiff") and Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF (collectively referred to as "Defendants"), hereby stipulate to the following:

WHEREAS, Plaintiff filed his Complaint ("Complaint") with this Court on April 7, 2023;

WHEREAS, Defendants agreed to waive formal service of Summons;

WHEREAS, following review and evaluation of Plaintiff's Complaint by defense counsel, the respective counsel for the parties engaged in meet and confer communications;

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

1  WHEREAS, Plaintiff's counsel requested the opportunity to file a First Amended
2  Complaint; and
3  WHEREAS, defense counsel agreed to Plaintiff's request to file a First Amended
4  Complaint;
5  WHEREAS, counsel for Plaintiff and Defendants agreed to continue the date for filing the
6  Joint Scheduling Report and date set for the Scheduling Conference in light of the extended time
7  for the parties to file pleadings;
8  WHEREAS, the Court granted the parties' request;
9  WHEREAS, Plaintiff's counsel suffered a serious health issue, which required
10  hospitalization;
11  WHEREAS, counsel for Defendants agreed to further extensions of the deadlines and the
12  Court granted the parties' request;
13  WHEREAS, Plaintiff's counsel suffered a further complicating medical issue and counsel
14  for Defendants agreed to a short further extension;
15  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties to this suit,
16  by and through their counsel of record, as follows:
17  1.  Plaintiff will file a First Amended Complaint on or before August 9, 2023; and
18  2.  Defendants will file a responsive pleading within 21 days of service of the First
19  Amended Complaint, or if Plaintiff does not file a First Amended Complaint by August 9, 2023,
20  Defendants will file a responsive pleading on or before August 30, 2023.

21  Dated: August 1, 2023                                    LIEBERT CASSIDY WHITMORE

                                                             By: */s/ Sue Ann Renfro*
                                                                  Jesse J. Maddox
                                                                  Sue Ann Renfro
                                                                  Attorneys for Defendants CITY OF
                                                                  PORTERVILLE and BRUCE
                                                                  SOKOLOFF

Dated: August 1, 2023                                              LAW OFFICES OF LAWRENCE J. KING

By: */s/ Lawrence J. King*
Lawrence J. King
Attorneys for Plaintiff ANTHONY LUCKEY

## ORDER

Pursuant to stipulation and good cause appearing, it is hereby ordered that:

1. Plaintiff is granted leave to file a First Amended Complaint on or before August 9, 2023; and

2. Defendants will file a responsive pleading within 21 days of service of the First Amended Complaint, or if Plaintiff does not file a First Amended Complaint by August 9, 2023, Defendants will file a responsive pleading on or before August 30, 2023.

IT IS SO ORDERED.

Dated: **August 3, 2023**                                   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE