Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Ann Renfro, Bar No. 143122
srenfro@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF

Lawrence J. King, SBN 120805
kingesq@pacbell.net
Law Offices of Lawrence J. King
11 Western Avenue
Petaluma, CA 94952
Telephone: (707) 769-9791
Facsimile: (707) 769-9253

Attorney for Plaintiff ANTHONY LUCKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| ANTHONY LUCKEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PORTERVILLE and BRUCE SOKOLOFF,<br><br>    Defendant. | Case No.:  1:23-cv-00551 ADA BAM<br><br>Complaint Filed: April 7, 2023<br>FAC Filed: August 7, 2023<br><br>**JOINT STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT WITH RESPONSE THERETO, TO CONTINUE SCHEDULING CONFERENCE AND TO CONTINUE LAST DATE TO FILE JOINT SCHEDULING REPORT** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ANTHONY LUCKEY ("Plaintiff") and Defendants CITY OF PORTERVILLE and BRUCE SOKOLOFF (collectively referred to as "Defendants"), hereby stipulate to the following:

WHEREAS, Plaintiff filed his Complaint ("Complaint") with this Court on April 7, 2023;

WHEREAS, Defendants agreed to waive formal service of Summons;

///

1

Joint Stipulation and Order to File Second Amended Complaint

12145997.1 PO090-043

WHEREAS, following review and evaluation of Plaintiff's Complaint by defense counsel, the respective counsel for the parties engaged in meet and confer communications;

WHEREAS, Plaintiff's counsel requested the opportunity to file a First Amended Complaint;

WHEREAS, defense counsel agreed to Plaintiff's request to file a First Amended Complaint;

WHEREAS, counsel for Plaintiff and Defendants also agreed to continue the date for filing the Joint Scheduling Report and date set for the Scheduling Conference in light of the extended time for the parties to file pleadings;

WHEREAS, the Court granted the parties' requests;

WHEREAS, Plaintiff's counsel suffered a serious health issue, which required hospitalization and the Court granted the parties' stipulation to extend deadlines;

WHEREAS, Plaintiff filed and served a First Amended Complaint on or about August 7, 2023;

WHEREAS, following review of the First Amended Complaint by defense counsel, the respective parties engaged in meet and confer communications;

WHEREAS, Plaintiff's counsel requested the opportunity to file a Second Amended Complaint and defense counsel agreed;

WHEREAS, the parties agreed to continue the date for filing the Scheduling Conference Report and Scheduling Conference in light of the extended time to file pleadings, if the Court so approves.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties to this suit, by and through their counsel of record, as follows:

1. Plaintiff will file a Second Amended Complaint within 15 days after the Court approves the instant Stipulation;

2. Defendants will file a responsive pleading within 21 days of service of the Second Amended Complaint, or if Plaintiff does not file a Second Amended Complaint by that 15 day period, Defendants will file a responsive pleading on or before 36 days after the Court approves

1  the instant Stipulation;

2      3.    The parties stipulate and respectfully request that the Court continue the
3  Scheduling Conference from September 27, 2023, to a date as is convenient for the Court; and
4      4.    The parties stipulate and respectfully request that the court continue the current
5  last day to file the Joint Scheduling Report from September 20, 2023 to a date reflective of the
6  continued Scheduling Conference.

7  Dated:  August 25, 2023                                  LIEBERT CASSIDY WHITMORE

                                                     By:   */s/ Sue Ann Renfro*
                                                                 Jesse J. Maddox
                                                                   Sue Ann Renfro
                                                                   Attorneys for Defendants CITY OF
                                                                   PORTERVILLE and BRUCE
                                                                   SOKOLOFF

Dated:  August 25, 2023                                  LAW OFFICES OF LAWRENCE J. KING

                                                     By:   */s/ Lawrence J. King*
                                                                   Lawrence J. King
                                                                   Attorneys for Plaintiff ANA ISABEL
                                                                   MORENO

## **ORDER**

**IT IS HEREBY ORDERED THAT:**

    1.    Plaintiff is granted leave to file a Second Amended Complaint within 15 days following this Court's order approving the Stipulation;

    2.    Defendants will file a responsive pleading within 21 days of service of the Second Amended Complaint, or if Plaintiff does not file a Second Amended Complaint by that 15 day period, Defendants will file a responsive pleading on or before 36 days after the Court approves the instant Stipulation;

    3.    The Scheduling Conference scheduled for September 27, 2023, at 9:30 a.m. is hereby continued to **October 25, 2023**, at **9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**; and

///

4. The last date for the parties to file a Joint Scheduling Report is hereby continued from September 20, 2023 to October 18, 2023.

IT IS SO ORDERED.

Dated: **August 28, 2023**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE