UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LUCKEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PORTERVILLE and BRUCE SOKOLOFF,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00551-ADA-BAM<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE OCTOBER 25, 2023 SCHEDULING CONFERENCE**<br><br>(Doc. 23) |

　　　　On October 11, 2023, the parties filed a stipulation to continue the Scheduling Conference currently set for October 25, 2023.  The parties explain that a scheduling conference would be premature in light of the pending motion to dismiss (Doc. 21), which was filed on September 27, 2023.  The parties therefore request a new date for the Scheduling Conference that is at least six months from October 25, 2023.  (Doc. 23.)

　　　　Having considered the parties' stipulation, and good cause appearing, the Scheduling Conference currently set for October 25, 2023, is HEREBY CONTINUED to **April 24, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one full week prior to the conference.  The parties shall appear at the conference <u>remotely</u> with each party connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password

1

1  are confidential and are not to be shared.  Appropriate court attire required.

3  IT IS SO ORDERED.

4      Dated: __**October 12, 2023**__          ___/s/ *Barbara A. McAuliffe*___

5                                                 UNITED STATES MAGISTRATE JUDGE