# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LUCKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PORTERVILLE et al.,<br><br>    Defendants. | Case No.: 1:23-cv-00551-KES-BAM<br><br>ORDER REASSIGNING CASE<br><br>**NEW CASE NO.: 1:23-cv-00551-BAM** |

All parties have consented to magistrate judge jurisdiction for all further proceedings in this action, including trial and entry of final judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Docs. 26, 27, and 28.)  Accordingly, the Court reassigns this action to the docket of United States Magistrate Judge Barbara A. McAuliffe for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future filings in this action:

**1:23-cv-00551-BAM**

IT IS SO ORDERED.

Dated:   March 19, 2024

_____
UNITED STATES DISTRICT JUDGE