UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LUCKEY,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF PORTERVILLE and BRUCE SOKOLOFF,<br><br>          Defendants. | Case No.  1:23-cv-00551-BAM<br><br>ORDER GRANTING JOINT MOTION REQUESTING THE COURT TO RESCHEDULE THE JANUARY 10, 2025 HEARING AND RELATED DEADLINES<br><br>(Doc. 50) |

Currently before the Court is the parties' stipulation and joint motion requesting that the Court reschedule the January 10, 2025 hearing on Defendants City of Porterville and Bruce Sokoloff's motion to dismiss and related deadlines.  (Doc. 50.)  Having considered the request, and cause appearing, IT IS HEREBY ORDERED as follows:

1. The hearing on Defendants City of Porterville and Bruce Sokoloff's motion to dismiss (Doc. 48) is continued to **February 21, 2025, at 9:00 a.m. in Courtroom 8 (BAM)** before the undersigned.
2. Plaintiff's opposition to the motion is due on or before January 17, 2025.
3. Defendant's reply, if any, is due on or before January 31, 2025.

IT IS SO ORDERED.

Dated:   **December 20, 2024**              /s/ Barbara A. McAuliffe            _
                                                              UNITED STATES MAGISTRATE JUDGE

1